OPINION — AG — ** ARCHITECTS — QUALIFICATIONS ** 59 O.S. 45.5 [59-45.5], WHILE REQUIRING THAT ARCHITECT MEMBERS OF THE BOARD OF GOVERNORS OF LICENSED ARCHITECTS HAVE TEN(10) YEARS' EXPERIENCE IN THE APPLICATION OR STUDY OF THE PRINCIPLES OF ARCHITECTURE, DOES 'NOT' REQUIRE THAT EXPERIENCE TO BE GAINED AFTER LICENSURE. (LICENSE, QUALIFICATIONS, ELIGIBILITY, STUDY, EDUCATION) CITE: 59 O.S. 45.5 [59-45.5] (RONALD LEE JOHNSON)